| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) James, Robert G. | 2. Court or Organization U.S. District Court, Louisiana | 3. Date of Report 05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U. S. Courthouse 201 Jackson Street, Suite 201 Monroe, LA 71201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | James Real Estate |
| 2. Member | Judd & Company, LLC |
| 3. Member | James Minerals, LLC |
| 4. Member | Whitten - James Real Estate, LLC |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Louisiana State Employees Retirement System |
| 2. | |
| 3. | |

James, Robert G.

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Louisiana State Employees Retirement System | $34,939.00 |
| 2. 2009 | James Minerals, LLC (partnership income) | $1,761.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Lincoln Parish District Attorney |
| 2. 2009 | State of Louisiana |
| 3. 2009 | James Minerals, LLC (partnership income) |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Louise W. Tyler | Shares Walmart | $12,012.00 |
| 2. | James E. Davison | See note in part VIII for description. | $7,100.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Trust Bank | Real Estate Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Timber Property, Vienna, La (Woodvale) | | None | K | W | | | | | |
| 2. Timber Property, Union Parish, La. (cabin) | | None | K | W | | | | | |
| 3. James Real Estate | F | Rent | N | W | | | | | |
| 4. | A | Royalty | | | | | | | |
| 5. Judd & Company, LLC (17.10%) | C | Royalty | M | W | | | | | |
| 6. JP Morgan Chase, Accounts | A | Interest | J | T | | | | | |
| 7. Undeveloped Property, Lincoln Parish, LA (1/3 int.) (Slaton) | | None | J | W | | | | | |
| 8. ▨, Bienville Parish, La (1/3 int.) (Weyerheauser) | | None | J | W | | | | | |
| 9. Timber Property #1, Bienville Parish, La (1/3 int.)(Smelly) | | None | K | W | Sold (part) | 12/31/09 | J | C | Ewing Timber |
| 10. Timber Propert #2, Bienville Parish, La (1/3 int.) (Neal) | | None | K | W | | | | | |
| 11. ▨, Union Parish, LA (Middle Fork) | | None | M | W | | | | | |
| 12. Undeveloped property, Jackson Parish, LA (1/3 int.) (farm) | | None | J | W | | | | | |
| 13. IRA #3 | A | Dividend | K | T | | | | | |
| 14. -Fidelity Investments-Four-In-One Index | | | | | | | | | |
| 15. Community Trust Bank, Accounts | C | Interest | K | T | | | | | |
| 16. Jackson Parish, LA property (1/6 int) (Hutcheson) | | None | J | W | | | | | |
| 17. Jackson Parish, LA propert (1/3 int) (Steele/Sherrard) | B | Rent | K | W | Sold (part) | 12/31/09 | J | A | Timber sale, Ewing Timber |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Jackson Parish, LA property (1/3 int) (Steele Hard 40) | A | Rent | K | W | Sold (part) | 12/31/09 | J | A | Timber sale, Ewing Timber |
| 19. Jackson Parish, LA property (1/3 int) (Goodwood) | | None | J | W | | | | | |
| 20. Bienville parish, LA property (1/3 int) (Gates) | | None | J | W | | | | | |
| 21. Union Parish, LA property (Franklin) | | None | J | W | | | | | |
| 22. Lincoln Parish, LA mineral interest (1/3 int) | D | Rent | J | W | | | | | |
| 23. ▒▒▒ (Goldsmith Estate) | | None | J | W | | | | | |
| 24. 1st National Bank, Account "X" | | None | J | T | | | | | |
| 25. Smith Barney - Brokerage Account | | | | | | | | | |
| 26. - Wal Mart | A | Dividend | J | T | Buy | 05/01/09 | J | | Gift from Louise W. Tyler |
| 27. | | | | | Sold (part) | 06/16/09 | K | E | |
| 28. Fidelity Investments - Brokerage Account #4 | | | | | | | | | |
| 29. -Cash | A | Interest | K | T | | | | | |
| 30. -AFLAC Inc | A | Dividend | K | T | Sold (part) | 03/03/09 | J | A | |
| 31. -Automatic Data Processing, Inc | A | Dividend | J | T | Sold (part) | 03/05/09 | J | A | |
| 32. -Devon Energy | A | Dividend | J | T | Sold (part) | 03/05/09 | J | A | |
| 33. -Diageo PLC | A | Dividend | J | T | Sold (part) | 03/03/09 | J | A | |
| 34. -Encana Corp | A | Dividend | | | Sold | 03/05/09 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Pepsico Inc | A | Dividend | J | T | Sold (part) | 03/05/09 | J | A | |
| 36. -Air Products & Chem | A | Dividend | K | T | Buy | 06/19/09 | J | | |
| 37. -Intel Corp | A | Dividend | K | T | Buy | 06/19/09 | J | | |
| 38. -Ishares TR Russell Midcap Growth | A | Dividend | K | T | Buy | 02/04/09 | K | | |
| 39. | | | | | Buy (add'l) | 06/19/09 | J | | |
| 40. | | | | | Sold (part) | 03/03/09 | K | A | |
| 41. | | | | | Sold (part) | 09/18/09 | J | B | |
| 42. -Ishares TR Russell 2000 value index | A | Dividend | J | T | Buy | 02/04/09 | K | | |
| 43. | | | | | Sold | 02/23/09 | K | A | |
| 44. | | | | | Buy | 06/19/09 | J | | |
| 45. -Ishares TR dow jones u s healthcare | A | Dividend | K | T | Buy | 02/09/09 | K | | |
| 46. | | | | | Sold | 03/03/09 | K | A | |
| 47. | | | | | Buy | 06/25/09 | K | | |
| 48. -Microsoft Corp | A | Dividend | K | T | Buy | 02/09/09 | J | | |
| 49. | | | | | Sold | 02/23/09 | J | A | |
| 50. | | | | | Buy | 06/19/09 | J | | |
| 51. -Nike Inc Class B | A | Dividend | K | T | Buy | 06/19/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. –Schwab Charles Corp | A | Dividend | J | T | Buy | 06/19/09 | J | | |
| 53. –United Technologies Corp | A | Dividend | K | T | Buy | 06/19/09 | J | | |
| 54. – V F Corp | A | Dividend | K | T | Buy | 06/19/09 | J | | |
| 55. – Walgreen Company | A | Dividend | J | T | Buy | 06/19/09 | J | | |
| 56. – Waste Management Inc | A | Dividend | J | T | Buy | 01/02/09 | K | | |
| 57. | | | | | Sold | 03/03/09 | J | A | |
| 58. | | | | | Buy | 06/19/09 | J | | |
| 59. –Waters Corp | | | J | T | Buy | 06/19/09 | J | | |
| 60. –Mathews Asian Growth & Income | A | Dividend | K | T | Buy | 06/17/09 | K | | |
| 61. Deferred Compensation - Wells Fargo Bank Tr | A | Dividend | K | T | | | | | |
| 62. Timber property, Jackson Parish, LA (Nix) | | | K | W | Buy | 05/05/09 | K | | Nix & Co., LLC |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V, page 3, line 2 - For reporting person and ▓▓▓ to visit Mr. Davison's vacation home in Mexico on two occasions including a portion of air travel between home and Mexico and back on one occasion, lodging, some meals and some transportation while in Mexico.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544